## BUSH *v.* MAGUIRE ET AL.

[No. 10,597.   Filed January 28, 1921.]

From Jackson Circuit Court; *James A. Cox*, Judge.

Action between Frank M. Bush, etc., and Charles S. Maguire and others.   From the judgment rendered, the former appeals. *Affirmed.*

*John M. Lewis* and *Thomas M. Honan*, for appellant.
*Sherman T. McPherson* and *Fernando W. Wesner*, for appellees.

PER CURIAM.—Judgment affirmed.

---

## ANDERSON, ADMINISTRATRIX, *v.* MOORE ET AL.

[No. 10,700.   Filed February 1, 1921.]

From Orange Circuit Court; *James L. Tucker*, Judge.

Action between Amelia Anderson, administratrix of the estate cf Aaron Anderson, and Walter Moore and another.   From the judgment rendered, the former appeals.   *Affirmed.*

*Sam R. Lambdin*, for appellant.
*Shirts & Talbott*, for appellees.

McMAHAN, J.—Affirmed on the authority of *Clemens* v. *Stoner* (1920), 73 Ind. App. 370, 126 N. E. 487.

---

## TALGE MAHOGANY COMPANY *v.* BLACK AND YATES, INCORPORATED.

[No. 10,688.   Filed February 4, 1921.]

From Marion Circuit Court (29,832) ; *Louis B. Ewbank*, Judge.

Action between the Talge Mahogany Company and Black and Yates, Incorporated.   From the judgment rendered, the former appeals.   *Affirmed.*

*Wilson S. Doan* and *James C. Mathews*, for appellant.
*William A. Pickens, Linton A. Cox* and *Earl R. Conder*, for appellee.

PER CURIAM.—Judgment affirmed.